
RECEIVED
IN LAKE CHARLES, LA

JUL 2 6 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARTHA AMIE, ET AL. | : | DOCKET NO. 2:03 CV 2011 |
| VS. | : | JUDGE MINALDI |
| CITY OF JENNINGS, LOUISIANA, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED and DECREED that the Cross-Motion for Summary Judgment [doc. 152] filed by plaintiffs Martha Amie, Eleanor Beal, Jacqueline Blank, Kalanie Bourque-Newman, Jolynne Deaville-Carter, Deborah Robbin and Priscilla Wise IS GRANTED. The City of Jennings is not entitled to the *Faragher/Ellerth* defense.

Lake Charles, Louisiana, this 15 day of July, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE