RECEIVED
IN LAKE CHARLES, LA

SEP 1 5 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARTHA AMIE, ET AL.** | : | **DOCKET NO. 2:03 CV 2011** |
| **VS.** | : | **JUDGE MINALDI** |
| **CITY OF JENNINGS** | : | **MAGISTRATE JUDGE WILSON** |

### ORDER

IT IS ORDERED that the City of Jennings file a written explanation, within ten days of the date of this order, why it believes it has a viable appeal before the Fifth Circuit when a letter was sent from the Fifth Circuit on August 23, 2005, explaining that an appeal pursuant to FRAP 5 would not be permitted.

Lake Charles, Louisiana, this 14 day of September, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE