RECEIVED
IN LAKE CHARLES, LA
NOV - 8 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MARTHA AMIE, ET AL.** | : | **DOCKET NO. 2:03 CV 2011** |
| VS. | : | JUDGE MINALDI |
| **CITY OF JENNINGS, LOUISIANA, ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the defendant's Motion to Sever and/or for Separate Trials [doc. 211] IS DENIED.

Lake Charles, Louisiana, this ___8___ day of November, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE